IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KRISTIN BENNE, as next of kin and Personal, Representative of the Estate of CHRISTOPHER KLIEWER, deceased<br>Plaintiff, | |
| v. | Case No. |
| (1) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; and<br><br>(2) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY;<br><br>Defendants. | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

Defendant, Board of County Commissioners for Oklahoma County ("BOCC"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby removes this case to the United States District Court for the Western District of Oklahoma. In support of removal, BOCC respectfully states as follows:

## I. GENERAL

1. Plaintiff, Kristin Benne as next of kin and Personal Representative of the estate of Christopher Kliewer, deceased ("Plaintiff") filed an original Petition on June 7, 2024, against Defendants in the District Court of Oklahoma County, State of Oklahoma styled *Kristin Benne as next of kin and Personal Representative of the estate of Christopher Kliewer, deceased, Plaintiff v. Oklahoma County Criminal Justice Authority, and Board of*

*County Commissioners For Oklahoma County, Defendant;* Case No. CJ-2024-3758. The case was Dismissed without Prejudice on December 3, 2024.

2. On December 3, 2025, Plaintiff refiled this action against Defendants in the District Court of Oklahoma County, State of Oklahoma styled *Kristin Benne as next of kin and Personal Representative of the estate of Christopher Kliewer, deceased, Plaintiff v. Oklahoma County Criminal Justice Authority, and Board of County Commissioners For Oklahoma County, Defendant;* Case No. CJ-2025-2920 and served Defendants with copies of the Petition on June 1, 2026 through Oklahoma County Clerk, Maressa Treat.

3. Pursuant 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders are attached to this Notice of Removal, including the Docket Sheet as required by LCvR81.2(a). (*See* **Ex. 1 (State Court Summons, CJ-2025-8920); Ex. 2 (Plaintiff's Original Petition, CJ-2025-8920); Ex. 3 (State Court Docket Sheet, CJ-2025-8920); Ex. 4 (Plaintiff's Original Petition, CJ-2024-3758); Ex. 5 (State Court Dismissal, CJ-2024-3758); Ex. 6 (State Court Docket Sheet, CJ-2024-3758).**

## II. REMOVAL IS TIMELY

4. This Notice of Removal is timely, because it is being filed within thirty (30) days after Defendant BOCC received the Petition, which alleges a federal constitutional claim. *See* 28 U.S.C. § 1446(b).

## III. VENUE

5. The United States District Court for the Western District of Oklahoma includes the county in which the state court action is now pending (Oklahoma County). Thus, removal to this Court is appropriate. *See* 28 U.S.C § 1446(a).

## IV. NOTICE GIVEN

6. Pursuant 20 28 U.S.C § 1446(d), a copy of this Notice of Removal will promptly be served on Plaintiff through their counsel of record. Further, Defendant BOCC will file a Notice of this Notice of Removal with the Court Clerk for the District Court of Oklahoma County, State of Oklahoma promptly after filing this document.

7. All defendants who have been properly joined and served have consented to removal of this action to federal court, as required by 28 U.S.C. § 1446(b)(2)(A). Counsel for BOCC has contacted counsel for Oklahoma County Criminal Justice Authority. While such counsel has yet to enter their appearance, such counsel has informed BOCC's counsel that they consent to the removal of this action.

8. As stated herein, Defendant respectfully reserves their right to file all appropriate options and raise all defenses and objections in this action after it has been properly removed to the United States District Cut for the Western District of Oklahoma.

## V. PRESERVATION OF RIGHTS

9. By removing this action to this Court, BOCC does not waive any defenses, objections, or, options available to it under state or federal law. BOCC expressly reserves the right to move for dismissal of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure.

10. If any question arises as to the propriety of this removal, BOCC requests the opportunity to conduct discovery or brief any disputed issues and to present oral argument to support its position that this civil action is properly removable.

WHEREFORE, based on the foregoing, BOCC gives notice that the above-captioned matter is hereby removed to the United States District Court for the Western District of Oklahoma, and hereby request that this Court retain jurisdiction for all further proceedings herein.

Respectfully Submitted,

VICKI ZEMP BEHENNA
DISTRICT ATTORNEY

_/s/ Yolanda Downing

Lisa Erickson Endres, OBA#16647
Yolanda Downing, OBA#18934
Assistant District Attorney
Leadership Square
211 N. Robinson, Suite 700 N
Oklahoma City, OK 73102
Telephone: (405) 713-1600
Facsimile: (405) 235-1567
Lisa.Endres@oklahomacounty.org
Yolanda.Downing@oklahomacounty.org

CERTIFICATE OF DELIVERY

The foregoing was delivered to ECF participants listed below and mailed, as required by the rules, to non-participants on this 12th day of June, 2026.

Cameron Spradling
Cameron Spradling, PLLC
500 North Walker Ave, Suite 100
Oklahoma city, OK 73102
(405) 605-0610
cameron@cameronspradling.com
Attorney for Plaintiff

Aaron Etherington
201 North Shartel Ave.
Oklahoma City, OK 73102
(405) 504-6964
aaron.etherington@okcountydc.net
Attorney for Oklahoma County Criminal
Justice Authority

/s/ Yolanda Downing