IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN OFFICE
Oklahoma County Clerk
JUN 1 - 2026
Deputy

KRISTIN BENNE, as next of kin and Personal Representative of the Estate of CHRISTOPHER KLIEWER, deceased, §

Plaintiff, §

v. § Case No. CJ-2025-8920

OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; and BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, §

Defendants. §

2026 JUN 1 PM2:17

**SUMMONS**

To the above-named Defendant: Board of County Commissioners for Oklahoma County
c/o Oklahoma County Clerk
320 Robert S. Kerr Ave., Ste. #203
Oklahoma City, OK 73102

You have been sued by the above-named Plaintiffs, and you are directed to file a written answer to the attached **Plaintiff's Original Petition** in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the date of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiffs. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 1st day of June 2026.

RICK WARREN, Court Clerk COURT CLERK

By: _______________
Deputy Court Clerk

(Seal)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT, OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

The Summons and Plaintiff's Original Petition were served on June 1, 2026.

_______________
Cameron Spradling