*1060489868*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC -3 2024

RICK WARREN
COURT CLERK
112

**IN THE DISTRICT COURT FOR AND IN OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| (1) KRISTIN BENNE, as next of kin and Personal Representative of the Estate of CHRISTOPHER KLIEWER, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CJ-2024-3758 |
| (1) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; and | ) | |
| (2) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through her attorney of record, Cameron Spradling of Cameron Spradling, PLLC, hereby dismisses Defendant Oklahoma County Criminal Justice Authority and Defendant Board of County Commissioners for Oklahoma County from the above-entitled action without prejudice to future filing.

Respectfully submitted,

Cameron Spradling, OBA No. 8509
500 N. Walker Avenue, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 605-0610
Facsimile: (405) 605-0615
cameron@cameronspradling.com