OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

+ Track Case

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| (1) Kristin Benne, AS NEXT OF KIN AND PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER KLIEWER, DECEASED,<br>Plaintiff,<br>v.<br><br>(1) Oklahoma County Criminal Justice Authority; and<br><br>(2) Board Of County Commissioners For Oklahoma County,<br>Defendant. | **No. CJ-2024-3758**<br>**(Civil relief more than $10,000: OTHER <..DESCRIPTION OF ACTION..>)**<br><br>Filed: 06/07/2024<br>Closed: 12/03/2024<br><br>Judge: Bonner, Anthony L. |

## PARTIES

Benne, Kristin, Plaintiff
Board Of County Commissioners For Oklahoma County, Defendant
Kliewer, Christopher, Deceased
Oklahoma County Criminal Justice Authority, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| SPRADLING, CAMERON (Bar #8509)<br>500 N. WALKER AVENUE, SUITE 100<br>OKLAHOMA CITY, OK 73102 | Benne, Kristin |

## EVENTS

Get Text Reminders

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.** Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)
Filed By: Benne, Kristin
Filed Date: 06/07/2024

| Party Name | Disposition Information |
|---|---|
| **Defendant:** Oklahoma County Criminal Justice Authority | **Disposed: DISMISSED WITHOUT PREJUDICE, 12/03/2024. Other** |
| **Defendant:** Board Of County Commissioners For Oklahoma County | **Disposed: DISMISSED WITHOUT PREJUDICE, 12/03/2024. Other** |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| **06-07-2024** | **[ TEXT ]** | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | **#**1 |
| **06-07-2024** | **[ OTHER ]** | OTHER <..DESCRIPTION OF ACTION..> | |
| **06-07-2024** | **[ DMFE ]** | DISPUTE MEDIATION FEE | $ 7.00 |
| **06-07-2024** | **[ PFE1 ]** | PETITION | $ 163.00 |
| **06-07-2024** | **[ PFE7 ]** | LAW LIBRARY FEE | $ 6.00 |
| **06-07-2024** | **[ OCISR ]** | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| **06-07-2024** | **[ OCJC ]** | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| **06-07-2024** | **[ OCASA ]** | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| **06-07-2024** | **[ SSFCHSCPC ]** | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| **06-07-2024** | **[ CCADMINCSF ]** | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| **06-07-2024** | **[ CCADMIN0155 ]** | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| **06-07-2024** | **[ SJFIS ]** | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |

**06-07-2024** [ **DCADMIN155** ] $ 0.23

DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

**06-07-2024** [ **DCADMIN05** ] $ 0.75

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

**06-07-2024** [ **DCADMINCSF** ] $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

**06-07-2024** [ **CCRMPF** ] $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

**06-07-2024** [ **CCADMIN04** ] $ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

**06-07-2024** [ **LTF** ] $ 10.00

LENGTHY TRIAL FUND

**06-07-2024** [ **P** ]

PLAINTIFF'S ORIGINAL PETITION
Document Available (#1058863296) TIFF PDF

**06-07-2024** [ **TEXT** ]

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE.

**06-07-2024** [ **ACCOUNT** ]

RECEIPT # 2024-5642783 ON 06/07/2024.
PAYOR: CAMERON SPRADLING, PLLC TOTAL AMOUNT PAID: $ 242.14.
LINE ITEMS:
CJ-2024-3758: $163.00 ON AC01 CLERK FEES.
CJ-2024-3758: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2024-3758: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2024-3758: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2024-3758: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2024-3758: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2024-3758: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2024-3758: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2024-3758: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2024-3758: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2024-3758: $10.00 ON AC88 SHERIFF’S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2024-3758: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**12-03-2024** [ **DISPDWOP** ] Oklahoma County Criminal Justice Authority #1

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE
Document Available (#1060489868) TIFF PDF

**12-03-2024** [ **DISPDWOP** ] Board Of County Commissioners For Oklahoma County #1

PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE
Document Available (#1060489868) TIFF PDF