**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KRISTIN BENNE, as next of kin and Personal Representative of the Estate of CHRISTOPHER KLIEWER, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-26-1401-D |
| OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; and BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court are Defendants' Motions to Dismiss [Doc. Nos. 3, 5]. In response, Plaintiff timely filed an Amended Complaint [Doc. No. 8], as authorized by Fed. R. Civ. P. 15(a)(1)(B). Upon consideration, the Court finds that Defendants' motions to dismiss, directed at Plaintiff's original pleading, are moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015).

**IT IS THEREFORE ORDERED** that Defendants' Motions to Dismiss [Doc. Nos. 3, 5] are **DENIED** as **MOOT**. Defendants may resubmit motions to dismiss, if appropriate, in response to the Amended Complaint [Doc. No. 8].

**IT IS SO ORDERED** this 14th day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE