**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KRISTIN BENNE, as next of kin and Personal Representative of the Estate of CHRISTOPHER KLIEWER, deceased, | § | |
| Plaintiff, | § | |
| v. | § | Case No. CIV-26-1401-D |
| OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY; and | § | |
| BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, | § | |
| Defendants. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BOCC'S MOTION TO DISMISS

Plaintiff Kristin Benne, as next kin and Personal Representative of the Estate of Christopher Kliewer, deceased, ("Plaintiff"), by and through counsel, respectfully moves the Court for an extension of time to file her response to Defendant Board of County Commissioners for Oklahoma County's ("BOCC's") Motion to Dismiss. In support, Plaintiff states as follows:

1. Defendant BOCC filed its Motion to Dismiss [Doc. No. 11] on July 27, 2026.

2. Plaintiff's deadline to respond to Defendant BOCC's Motion is currently August 17, 2026.

3. Plaintiff requests to extend Plaintiff's deadline to respond to Defendant BOCC's Motion to Dismiss by ten (10) days, to August 27, 2026.

4. Good cause exists for this request. Plaintiff's counsel has recently been engaged in substantial litigation obligations in Oklahoma County District Court case *Jane Doe, as next friend and guardian of John Doe v. Liberty of Oklahoma Corporation*, CJ-2023-6934, which has required numerous depositions, hearings, briefs, and the scheduling of independent medical examinations ("IMEs") for all fifteen plaintiffs. The case is on Judge Anthony Bonner's October 2026 trial docket.

5. Lead counsel for Plaintiff in this matter in is the midst of attending IMEs for all plaintiffs in the *Jane Doe* case, which has required frequent travel to Enid, Oklahoma.

6. Additionally, the *Jane Doe* plaintiffs' deadline to file eight briefs, including briefs in support of motions in limine and responses to motions for summary judgment, is August 17, 2026.

7. This is Plaintiff's first request for an extension.

8. Counsel for Defendant BOCC has been consulted and does not oppose the requested extension.

9. This request is made in good faith and not for purposes of delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline for Plaintiff to respond to Defendant BOCC's Motion to Dismiss to August 27, 2026, and for such other and further relief as the Court deems just and proper.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Katelyn Elrod*
Cameron Spradling, OBA No. 8509
Katelyn Elrod, OBA No. 35596
**CAMERON SPRADLING, PLLC**
500 North Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 605-0610
Facsimile: (405) 605-0615
*cameron@cameronspradling.com*

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a true and correct copy of the foregoing was filed via CM/ECF, which sent notice of electronic filing to all counsel of record.

*/s/ Katelyn Elrod*
Katelyn Elrod